IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Allegheny Intermediate Unit            :
                                       :
            v.                         :   No. 484 C.D. 2018
                                       :
East Allegheny School District,        :
                    Appellant          :

## **AMENDMENT ORDER**

AND NOW, this 4th day of February, 2019, the Court's opinion in the above matter, filed January 25, 2019, is amended to reflect the following correction:

Page 16, last full paragraph, should read as follows:

*For all the above-stated reasons, we affirm the trial court's judgment awarding the* **Intermediate Unit** *$3,023,067, plus interest, in contract damages.*

In all other respects, the opinion and order shall remain in effect.

_____
MARY HANNAH LEAVITT, President Judge